**Richard Walker, a Minor, by His Mother and Next Friend Gwynne Mayfield, Plaintiff-Appellant, v. Fidel C. Salinas, Defendant-Appellee.**

**Gen. Nos. 51,940, 52,118. (Consolidated.) (Abstract of Decision.)**

First District, Second Division.

November 22, 1967.

Louis P. Miller and Unger & Unger, of Chicago, for appellant; George L. Barrett, of Chicago, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**